# Exhibit A

NAILAH K. BYRD
1200 Ontario
Cleveland, OH 44113

Case# CV23987171



RETURN RECEIPT REQUESTED ELECTRONICALLY

9314 8001 1300 3548 9221 88

GRAY MEDIA GROUP, INC.
FNA GRAY TELEVISION GROUP, INC.
WOIO
19/WUAB 43
1717 EAST 12TH STREET
CLEVELAND OH 44114

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

**CHUCK BOOMS**
**Plaintiff**

V.

**GRAY MEDIA GROUP, INC**
**Defendant**

CASE NO. CV23987171

JUDGE  SHIRLEY STRICKLAND SAFFOL

# SUMMONS   SUMC  CM

Notice ID: 52184086

| From: | CHUCK BOOMS | P1 |
|---|---|---|
| | C/O 4403 ST. CLAIR AVENUE | |
| | CLEVELAND OH 44103 | |

| Atty.: | DAVID G PHILLIPS |
|---|---|
| | 4403 ST. CLAIR AVENUE |
| | CLEVELAND, OH 44103-0000 |

| To: | GRAY MEDIA GROUP, INC. | D1 |
|---|---|---|
| | FNA GRAY TELEVISION GROUP, INC. | |
| | WOIO 19/WUAB 43 | |
| | 1717 EAST 12TH STREET | |
| | CLEVELAND OH 44114 | |

## NOTICE TO THE DEFENDANT:

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.us/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

By_____
Deputy

Date Sent: 10/23/2023

CMSN130



# Cuyahoga County Clerk of Courts
# Nailah K. Byrd

## Multilingual Notice:

You have been named as a defendant in this Court. You must file an answer within 28 days; if you fail to answer, the Court may enter judgment against you for the relief stated in the Complaint. Seek assistance from both an interpreter and an attorney. Your inability to understand, write, or speak English will not be a defense to possible judgment against you.

1. **Spanish (US)**
   ***Aviso multilingüe:

   Este Tribunal lo ha declarado como acusado. Debe presentar una respuesta en un plazo de 28 días. Si no contesta en dicho plazo, el Tribunal podrá dictar sentencia en su contra por el amparo que se detalla en la demanda. Solicite la ayuda de un intérprete y de un abogado. Su incapacidad para comprender, escribir o hablar inglés no se considerará como defensa ante una posible sentencia en su contra.

2. **Somali**
   ***Ogeysiis luqadda badan ah:

   Waxaa lagu magacaabay sida eedeysane gudaha Maxkamadan. Waa in aad ku soo gudbisaa jawaab 28 maalmood gudahood; haddii aad ku guuldareysto jawaabta, Maxkamada laga yaabo in ay gasho xukun adiga kaa soo horjeedo ee ka nasashada lagu sheegay Cabashada. Raadi caawinta ka timid labadaba turjubaanka iyo qareenka. Karti la'aantaada aad ku fahmo, ku qoro, ama ku hadasho Af Ingiriisiga ma noqon doonto difaacida xukunkaaga suuralka ah ee adiga kugu lidka ah.

3. **Russian**
   ***Уведомление на разных языках:

   Вы были названы в качестве ответчика в данном суде. Вы должны предоставить ответ в течение 28 дней; если Ваш ответ не будет получен, суд может вынести решение против Вас и удовлетворить содержащиеся в жалобе требования. Воспользуйтесь услугами переводчика и адвоката. Тот факт, что Вы не понимаете английскую речь и не можете читать и писать по-английски, не является препятствием для возможного вынесения судебного решения против Вас.

4. **Arabic**
   ***ملاحظة متعددة اللغات:

   لقد تم اعتبارك مدعى عليه في هذه المحكمة. يجب أن تقدم ردا خلال 28 يوما؛ وإذا لم تقم بالرد، فقد تصدر المحكمة حكما ضدك بالتعويض المنصوص عليه في هذه الشكوى القضائية. اطلب المساعدة من مترجم فوري ومحام. فلن تعد عدم قدرتك على فهم اللغة الإنجليزية أو كتابتها أو تحدثها دفاعا لك أمام الحكم المحتمل ضدك.

5. **Chinese (Simplified)**
   ***多語版本通知：

   您在本法庭已被列为被告。您必须于28日内递交答辩状；如果没有递交答辩状，法庭会针对诉状中声明的补救措施对您作出不利判决。请向口译人员和律师寻求帮助。您无法理解、书写或说英语的情况不能作为对您可能作出不利判决的辩护理由。

Justice Center, 1st Floor • 1200 Ontario Street • Cleveland, Ohio 44113-1664 • 216.443.7950

Ohio Relay Service 711 • Website: coc.cuyahogacounty.us



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

New Case Electronically Filed: COMPLAINT
October 18, 2023 12:55

By: DAVID G. PHILLIPS 0046827

Confirmation Nbr. 2993934

CHUCK BOOMS          CV 23 987171

vs.
                     **Judge:** SHIRLEY STRICKLAND SAFFOLD
GRAY MEDIA GROUP, INC

Pages Filed: 6

IN THE COURT OF COMMON PLEAS

CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| CHUCK BOOMS<br>c/o 4403 St. Clair Avenue<br>Cleveland, Ohio 44103,[1]<br><br>Plaintiff,<br><br>vs.<br><br>GRAY MEDIA GROUP, INC.<br>  f/n/a Gray Television Group, Inc.<br>WOIO 19/WUAB 43<br>1717 East 12th Street<br>Cleveland, Ohio 44114,<br><br>Defendant. | )<br>)  CASE NO.<br>)<br>)  JUDGE<br>)<br>)  **COMPLAINT**<br>)<br>)  **(Jury Demand Endorsed Hereon)**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Plaintiff Chuck Booms, by and through his undersigned counsel, for his Complaint against Defendant hereby states and alleges as follows:

**GENERAL ALLEGATIONS**

1. Plaintiff Chuck Booms is an individual who at all times relevant resided in Cuyahoga County, Ohio.

2. Defendant Gray Media Group, Inc., operates in Cuyahoga County, Ohio as a foreign corporation and was formally known as Gray Television Group, Inc. Since at least March 2019, Defendant has owned and operated television stations with its principal offices are located in the

---

[1] Because Plaintiff Chuck Booms is a public figure and on-air personality, his residential address is not being made public, and his counsel David Glenn Phillips will accept service on his behalf for this case.

City of Cleveland, County of Cuyahoga, Ohio. Specifically, Defendant has owned and operated WOIO, which appears on Channel 19 and WUAB, which appears on Channel 43 in the Cuyahoga County viewing area and beyond. On information and belief, Defendant may have merged with the former owner of these broadcast channels assuming liability for actions prior to March 2019.

3. Plaintiff is a television and broadcast personality who in the past worked and appeared on WOIO Channel 19 and WUAB Channel 43 for the Stations' prior owner. Plaintiff has not appeared on either WOIO Channel 19 or WUAB Channel 43 since 2016, and he has never appeared on either television channel during the time Defendant owned and operated the broadcast channels in this current existence.

4. Plaintiff remains to be the sole owner of all rights to his name, image, and likeness – including any all rights of his publicity, persona, personality, or privacy.

5. Since at least on or about September 8, 2019, and likely before, through at least on or about January 8, 2023, Defendant has used on Plaintiff's name, publicity, persona, personality and/or privacy without authorization related to and to promote the broadcast of "The Fifth Quarter," which aired on WOIO, WUAB, or both.

6. Specifically, Plaintiff's name appeared on channel information guide for AT&T and other cable/streaming providers as a personality/host for the broadcast of "The Fifth Quarter" a show broadcasted on the air of WOIO, WUAB, or both.

7. "The Fifth Quarter" is a show that recaps the Cleveland Browns' football game that immediately follows the broadcast of each separate game. Prior to 2017, Plaintiff appeared on a number of broadcast shows that aired on Channels WOIO and WUAB, including his role as a

2

regular, reoccurring broadcast personality host on the "The Fifth Quarter." In Plaintiff's broadcasts on the "The Fifth Quarter" as an on air personality he was widely known for his highly opinionated takes and commentaries on that week's particular Browns' game. For this reason, Defendant used Plaintiff's name and notoriety without any authorization in an effort to attract an increased audience to each particular broadcast of "The Fifth Quarter."

8. The unauthorized use of Mr. Booms' name by Defendant occurred in 65 separate instances to promote "The Fifth Quarter" from September 8, 2019 through January 8, 2023 on the AT&T channel guide, and based on information and belief likely other cable/streaming providers, which along with his name identified the specific channel, date, and time for "The Fifth Quarter" that followed and aired each week after that particular Browns' football game.

9. In or about July 2023, Plaintiff informed Defendant of the aforementioned unauthorized use of his name and persona, but with such knowledge it has continued to permit his name and persona to be broadcast in the same manner on "The Fifth Quarter" broadcasts for the 2023 Browns season up to present date.

10. Plaintiff was not employed or compensated by Defendant, and he did not appear on any broadcasts of "The Fifth Quarter" from in or about September 8, 2019 through the present date.

### COUNT ONE

11. Plaintiff incorporates the allegations above as if reproduced herein.

12. As set forth above, without written or any consent, Defendant used Plaintiff's persona for a commercial purpose in the broadcast of "The Fifth Quarter."

13. Defendant's conduct in this regard constitutes a violation of R.C. 2741.02, and as

3

such, in addition to remedies provided to Plaintiff under federal, state, or common law, Defendant is liable to Plaintiff at his election either for his actual damages or statutory damages in the amount of at least $2,500 to $10,000, punitive damages, attorney fees, and injunctive relief for each violation.

14. Each week Plaintiff's name was used in the channel guide to promote the "The Fifth Quarter" constituted a separate, unauthorized use of Plaintiff's persona because it pertained to a specific date and specific time that followed that particular weeks Browns' football game. Thus, at Plaintiff's election over actual damages – statutory damages in Plaintiff's favor could amount to $650,000.00 under R.C. 2741.07(A)(1)(b).

15. Defendant's conduct, as described above was done willingly and knowingly, and/or Defendant should have know of the unauthorized use of Plaintiff's persona as described herein, and Defendant has the ability to pay damages in a civil award to Plaintiff under R.C. Chapter 2741 for each violation.

16. Since at least July 2023 and possibly before Defendant had knowledge of the unauthorized use of Plaintiff's persona, which further entitles Plaintiff to treble damages under R.C. 2741.07(D)(2).

## COUNT TWO

17. Plaintiff incorporates all of the allegations above herein by reference.

18. As set forth above, without authorization or justification, Defendant appropriated Plaintiff's name along with his publicity, persona, personality, likeness, prestige, social standing, reputation, or public interest for a commercial purpose.

19. Defendant's conduct, as described herein, directly and proximately violated

4

Plaintiff's common law right to privacy and he is entitled to damages.

20. As a direct and proximate result of Defendant's violation of Plaintiff's privacy, Plaintiff has been damaged in excess of $25,000.

## COUNT THREE

21. Plaintiff incorporates all of the allegations above herein by reference.

22. Defendant has benefitted from its unauthorized use of Plaintiff's name along with his publicity, persona, personality, likeness, prestige, social standing, reputation, or public interest for a commercial purpose.

23. Because Defendant's use has been unauthorized it has been unjustly enriched through the receipt of such benefit.

24. As a direct and proximate result of this unjust enrichment, Plaintiff has been damaged in an amount greater than $25,000.

WHEREFORE, Plaintiff Chuck Booms hereby demands Judgment against Defendant, in an amount that will fully, fairly, and completely compensate him pursuant to the laws of the State of Ohio, including interest, and for the costs in this action herein together with prejudgment interest, reasonable attorney's fees, a fair and adequate sum for punitive damages, as well as Order from the Court enjoining Defendants from the conduct alleged, and where applicable all statutory damages permitted under R.C. Chapter 2741, and for any other damages supported by the law in Ohio and any other relief that the Court deems proper.

Respectfully submitted,

/s/ David Glenn Phillips
DAVID GLENN PHILLIPS (0046827)
The Brown Hoist Building
4403 St. Clair Avenue
Cleveland, Ohio 44103
(216)531-0123
email: d.g.phillips@davidglennphillips.com
Attorney for Plaintiff

## JURY DEMAND

Plaintiffs demand a trial by jury in this action.

/s/David Glenn Phillips
DAVID GLENN PHILLIPS
Attorney for Plaintiff

6