**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Chuck Booms, | ) | |
| | ) | Case No. 1:23-cv-2099 |
| Plaintiff, | ) | |
| | ) | Judge J. Philip Calabrese |
| vs. | ) | |
| | ) | Magistrate Judge Thomas M. Parker |
| Gray Media Group, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>Joint Motion to Enter Stipulated Method for Conducting ESI Discovery</u>**

As stated in the parties' Rule 26(f) report (ECF #6), the parties have stipulated and jointly move the Court to enter the below stipulated method for conducting discovery of electronically stored information ("ESI"):

> In response to document requests served under Fed. Civ. R. 34, the responding party shall conduct a reasonable and proportional search of all known custodial and non-custodial data sources believed to contain potentially relevant ESI. The responding party then will produce responsive and discoverable ESI in text-searchable PDF bates-labeled pages. Notwithstanding the foregoing, the responding party will produce computer files in native format if they do not convert to a reasonable readable format in PDF, *e.g.*, Microsoft Excel spreadsheets. A requesting party also may seek native files with metadata if a PDF version of a computer file lacks discoverable information that is likely to be present in the native file or metadata.

**IT IS SO ORDERED.**

_____        _____
Date                                                                    J. Philip Calabrese
                                                                              United States District Judge

33039442.2

**STIPULATED BY:**

| | |
|---|---|
| s/ David Glenn Phillips (by consent) | s/ Matthew J. Cavanagh |
| David Glenn Phillips (0046827) | Matthew J. Cavanagh (0079522) |
| The Brown Hoist Building | MCDONALD HOPKINS LLC |
| 4403 St. Clair Avenue | 600 Superior Ave., East, Ste. 2100 |
| Cleveland, OH  44103 | Cleveland, Ohio 44114 |
| t 216.531.0123 | t 216.348.5400 │ f 216.348.5474 |
| d.g.phillips@davidglennphillips.com | mcavanagh@mcdonaldhopkins.com |
| *Attorney for Plaintiff* | *Counsel for Gray Media Group, Inc.* |

33039442.2