## ATTACHMENT A

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| CHUCK BOOMS, | ) | Case No. 1:23-cv-2099 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | Thomas M. Parker |
| GRAY MEDIA GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ACKNOWLEDGEMENT AND AGREEMENT TO BE BOUND**

The undersigned acknowledges that he/she has read the Protective Order the Court entered in the above-captioned action, understands the terms thereof, and agrees to be bound by its terms.  The undersigned submits to the jurisdiction of the United States District Court for the Northern District of Ohio in matters relating to the Protective Order and understands that the terms of the Protective Order obligate him/her to use documents designated "CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER" in accordance with the Order solely for the purpose of the above captioned action, and not to disclose any such documents or information derived directly therefrom to any person, firm or concern.

The undersigned hereby acknowledges that violation of the Protective Order may result in penalties for contempt of court.

Name: _____

Job Title: _____

Employer: _____

Business Address: _____

_____

_____

Date: _____   _____
                                                        Signature