**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| Chuck Booms, | ) |
|                 Plaintiff, | ) Case No. 1:23-cv-02099-JPC |
| vs. | ) Judge J. Philip Calabrese |
| Gray Media Group, Inc., | ) |
|                 Defendant. | ) |

**Gray Media's Partial Motion for Judgment on the Pleadings**

In accordance with Fed. Civ. R. 12(c), defendant Gray Media Group, Inc. moves for judgment on the pleadings in its favor on count three of plaintiff's complaint for unjust enrichment. As explained in the attached memorandum, plaintiff Chuck Booms has failed to state a claim for unjust enrichment because he does not, and cannot, allege that he conferred a benefit upon Gray Media, which is an essential element of the claim. The Court should dismiss unjust enrichment with prejudice.

Respectfully submitted,

Dated:  January 24, 2024

  s/ Matthew J. Cavanagh
Matthew J. Cavanagh (OH 0079522)
McDonald Hopkins LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
t 216.348.5400 │ f 216.348.5474
mcavanagh@mcdonaldhopkins.com

*Counsel for Gray Media Group, Inc.*

1

33132305.2