# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CHUCK BOOMS, | Case No. 1:23-cv-2099 |
| Plaintiff, | Judge J. Philip Calabrese |
| v. | Magistrate Judge Thomas M. Parker |
| GRAY MEDIA GROUP, INC., | |
| Defendant. | |

## ORDER

On February 23, 2024, Plaintiff Chuck Booms filed two motions. First, without objection from Defendant Gray Media Group, Inc., he seeks an extension of the deadline to amend the pleadings. (ECF No. 14.) Previously, the Court set March 1, 2024 as that deadline. (ECF No. 10.) For good cause shown, the Court **VACATES** the amendment deadline. At the next status conference, currently set for March 12, 2024 at 3:00 pm, the Court will set a new amendment deadline.

Second, Plaintiff seeks an extension of the deadline to respond to Defendant's motion for judgment on the pleadings on Plaintiff's unjust enrichment claim. (ECF No. 15.) In the interest of judicial economy, the Court **GRANTS** that motion. Again, at the next status conference, the Court will set a deadline for Plaintiff's response to the motion for judgment on the pleadings. In the meantime, Plaintiff should assume that the deadline is April 5, 2024.

**SO ORDERED.**

Dated: February 23, 2024

　　　　　　　　　　　　　　／s/ J. Philip Calabrese
　　　　　　　　　　　　　　J. Philip Calabrese
　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　Northern District of Ohio