IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHUCK BOOMS, | ) | |
| | ) | CASE NO. 1:23-cv-02099 |
| Plaintiff, | ) | |
| | ) | JUDGE J. PHILIP CALABRESE |
| vs. | ) | |
| | ) | **JOINT MOTION TO CONVERT** |
| | ) | **STATUS CONFERENCE TO** |
| | ) | **TELEPHONE OR ZOOM** |
| GRAY MEDIA GROUP, | ) | **CONFERENCE** |
| | ) | |
| Defendants. | ) | |

The parties, through their undersigned counsel hereby move this Honorable Court to convert the in-person Status Conference scheduled for March 12, 2024 at 3:00 p.m. to a telephone or zoom conference. The basis for the request in this Motion is that the both parties are still in the process of obtaining documentation and information from third non-parties in this case on factual issues of the publish of Plaintiff's name, which is the primary claim in this case.

The parties have made contact with in-house counsel for another third party likely to have information responsive to the parties subpoena request. This in-house counsel has requested to accept the subpoena – initially issued to another department in this entity on March 18, 2024 because she had been previously scheduled to be out of the office this week. This means the parties will request additional time in which to determine whether new parties need to be added to this case. Counsel for the parties can provide more detailed information of their third party discovery efforts to the Court in the telephone conference, but based on the prior January 2024

Conference in this case – parties believe that this will be the focus of the March 12th Status Conference.

In addition, in the prior Conference, the Court indicated that the parties could request that this March 12 Status Conference be conducted telephonically. For the purpose of judicial economy, the parties now formally request and move the Court to convert the March 12, 2024 Status Conference from in-person event to one to conducted either by telephone or by Zoom. For the reasons set forth above, the motion of the parties should be granted.

Respectfully submitted,

/s/ David Glenn Phillips
DAVID GLENN PHILLIPS (0046827)
The Brown Hoist Building
4403 St. Clair Avenue
Cleveland, Ohio 44103
(216) 531-0123
email: d.g.phillips@davidglennphillips.com
*Attorney for Plaintiff*


/s/ Matthew J. Cavangh
Matthew J. Cavanagh (OH 0079522)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
t 216.348.5400 │ f 216.348.5474
mcavanagh@mcdonaldhopkins.com
*Counsel for Gray Media Group, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing Motion was served through this Court's electronic filing system on this 11th day of March February 2024.

                                  /s/ David Glenn Phillips
                                  DAVID GLENN PHILLIPS