IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHUCK BOOMS, | ) | |
| | ) | CASE NO. 1:23-cv-02099 |
| | ) | |
| Plaintiff, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| vs. | ) | **JOINT REPORT OF STATUS OF** |
| | ) | **THIRD PARTY DISCOVERY** |
| | ) | |
| GRAY MEDIA GROUP, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

The parties, through their undersigned counsel, hereby provide this Joint Status Report of third party discovery in this case pursuant to this Court's March 12, 2024 Order after a status telephone conference. As reported in the March 12th status conference both parties issued subpoenas to third party AT&T, which directed them to another entity, Ericsson – dba Red Bee Media, which would have additional or more information related about how and why Plaintiff's name appeared on AT&T's program description after he was no longer on the show.

As reported in the March 12th status conference, both parties served upon Red Bee a subpoenas the production of documents under Fed. R. Civ. P. 34 and for a deposition of a corporate representative under Fed. R. Civ. P. 30(b)(6). After service of said subpoena, counsel for the parties were contacted by in-house counsel for Red Bee, who stated that she would accept service of the subpoena by email – provided the subpoenas were re-served on March 18, 2024. This request was made because the in-house counsel was previously scheduled to be away from

her office.  On March 18, 2024, counsel for both parties served the subpoenas upon Red Bee, which requested documents to be produced by April 1, 2024.  Counsel for Plaintiff further noticed a deposition under Fed. R. Civ. P. 30(b)(6) for April 16th – which will depend on the necessity of the deposition upon the response to the document requests, and the availability attorneys and witness(es).

At this point, the parties recommend and request a further status conference for May 3, 2024 to discuss the third party evidence obtained by subpoena and new deadlines amend the pleadings and to respond to Defendant's Motion for Judgment on the Pleadings in light of that evidence.

Respectfully submitted,

/s/ David Glenn Phillips
DAVID GLENN PHILLIPS (0046827)
The Brown Hoist Building
4403 St. Clair Avenue
Cleveland, Ohio 44103
(216) 531-0123
email:  d.g.phillips@davidglennphillips.com
*Attorney for Plaintiff*


/s/ Matthew J. Cavangh
Matthew J. Cavanagh (OH 0079522)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
t 216.348.5400 │ f 216.348.5474
mcavanagh@mcdonaldhopkins.com
*Counsel for Gray Media Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Status Report was served through this Court's electronic filing system on this 1st day of April 2024.

/s/ David Glenn Phillips
DAVID GLENN PHILLIPS