# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Chuck Booms, | ) |
|     Plaintiff, | ) Case No. 1:23-cv-02099-JPC |
| vs. | ) Judge J. Philip Calabrese |
| Gray Media Group, Inc., | ) |
|     Defendant. | ) |

## Notice of Name Change

Defendant Gray Media Group, Inc., nka Gray Local Media, Inc., hereby provides notice to the Court, Clerk of Courts, and parties that it has formally changed its name to Gray Local Media, Inc., effective July 1, 2024 (see attached Certificate of Amendment of Certificate of Incorporation). Gray requests that the Court make any appropriate changes to the case caption and docket to reflect this name change.

Dated:  July 17, 2024

  s/ Matthew J. Cavanagh
Matthew J. Cavanagh (OH 0079522)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
mcavanagh@mcdonaldhopkins.com
t 216.348.5400 │ f 216.348.5474

*Attorney for Gray Local Media, Inc.*

33895784.2