IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHUCK BOOMS, | ) | |
| | ) | CASE NO. 1:23-cv-02099 |
| | ) | |
| Plaintiff, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| vs. | ) | **PLAINTIFF'S MOTION TO EXTEND** |
| | ) | **THE TIME TO RESPOND IN TO** |
| | ) | **A MOTION FOR SUMMARY** |
| GRAY LOCAL MEDIA GROUP, INC. | ) | **JUDGMENT FILED BY DEFENDANT** |
| *et al.*, | ) | **GRAY LOCAL MEDIA, INC.** |
| | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Chuck Booms, through his undersigned counsel, hereby moves this Honorable Court pursuant to Fed. R. Civ. P. 6(b) and Fed. R. Civ. P. 56(d) to extend the time and/or defer the time to consider a Motion for Summary Judgment filed by Defendant Gray Local Media Group, Inc. until a time for him to engage in depositions necessary for the response in opposition to the dispositive motion. Plaintiff's Motion is supported by the Memorandum attached hereto and incorporated herein.

              Respectfully submitted,

              /s/ David Glenn Phillips
              DAVID GLENN PHILLIPS (0046827)
              The Brown Hoist Building
              4403 St. Clair Avenue
              Cleveland, Ohio 44103
              (216) 531-0123
              email: d.g.phillips@davidglennphillips.com
              Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

 I hereby certify that the foregoing Motion and Support was served through this Court's electronic filing system on this 21st day of November 2024.

        /s/ David Glenn Phillips
        DAVID GLENN PHILLIPS