UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Chuck Booms, | ) |
| | ) Case No. 1:23-cv-02099-JPC |
| Plaintiff, | ) |
| | ) Judge J. Philip Calabrese |
| vs. | ) |
| | ) |
| Gray Local Media, Inc. et al., | ) |
| | ) |
| Defendants. | ) |

**Filing of Declaration of Matthew J. Cavanagh**

Attached is the declaration of Matthew J. Cavanagh with exhibits C-1 and C-2 in support of defendant Gray Local Media, Inc.'s opposition to Booms' motion to extend time to oppose summary judgment.

Dated: December 3, 2024

  s/ Matthew J. Cavanagh
Matthew J. Cavanagh (OH 0079522)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
mcavanagh@mcdonaldhopkins.com
t 216.348.5400 │ f 216.348.5474

*Attorney for Gray Local Media, Inc.*

34569574.2