# EXHIBIT C-1

## Cavanagh, Matthew J.

| | |
|---|---|
| **From:** | Cavanagh, Matthew J. |
| **Sent:** | Wednesday, November 6, 2024 4:05 PM |
| **To:** | 'David Phillips' |
| **Cc:** | Jim McCown |
| **Subject:** | RE: [External] deposition |

David,

I am not aware of any knowledge that Ms. Arnold would have relevant to a claim or defense in this action. Can you let me know what relevant testimony you seek from her so we can evaluate your request?

Thanks,
Matt

**From:** David Phillips <d.g.phillips@DavidGlennPhillips.com>
**Sent:** Wednesday, November 6, 2024 2:22 PM
**To:** Cavanagh, Matthew J. <mcavanagh@mcdonaldhopkins.com>
**Cc:** Jim McCown <jmccown@vmdslaw.com>
**Subject:** [External] deposition

Matt,

I'd like to take the deposition of Christine Arnold who is an employee of WOIO/WUAB in the next two weeks.  Please let know if your client will produce her as an employee or whether I need to issue a subpoena?

David Glenn Phillips
Attorney at Law
The Brown Hoist Building
4403 St. Clair Avenue
Cleveland, Ohio 44103
(216) 531-0123
d.g.phillips@davidglennphillips.com
civilrightslaw@davidglennphillips.com


ALL INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT. This transmission may contain attorney-client communications and/or attorney work
product, and as such is privileged and confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error. The sender requests that you immediately delete this message and
notify sender of the error. Do not read, use or disseminate the information.

Further information provided in this e-mail is not meant to begin an attorney-client relationship outside of a formal agreement and is not intended to constitute unqualified legal advice.

[WARNING] This email originated outside of McDonald Hopkins.
Do not click links or open attachments unless you recognize the sender and know the content is safe. Do not provide your user ID or password!