**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| CHUCK BOOMS, | ) | Case No. 1:23-cv-2099 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge Reuben J. Sheperd |
| | ) | |
| GRAY LOCAL MEDIA, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**MINUTES AND ORDER**

The Court held a case management conference by Zoom on December 4, 2024 at 2:00 p.m.  David Phillips appeared for Plaintiff Chuck Booms.  Matthew Cavanagh appeared for Defendant Gray Local Media, Inc.  James McCown appeared for Defendants DirecTV, LLC, and AT&T Services, Inc.

### A. Claims against Defendants DirecTV and AT&T Services

The Court conducted a case management conference between Plaintiff and Defendants DirecTV and AT&T Services.  Counsel discussed the facts giving rise to this dispute, including some of the technical issues involved, and summarized their respective positions.  Counsel also identified a couple threshold legal issues (based on largely undisputed facts) that might impact the parties' positions in litigation.  After discussing those legal issues, the Court directed the parties to confer and submit a joint agreement or stipulation of undisputed facts to better frame those threshold legal issues.  The Court sets the following schedule:

| Deadline | Party | Filing |
|---|---|---|
| January 31, 2025 | Plaintiff and Defendants DirecTV and AT&T Services | Joint Stipulation of Undisputed Facts |
| February 28, 2025 | Defendants DirecTV and AT&T Services | Motion for Judgment as a Matter of Law |
| March 28, 2025 | Plaintiff | Response Brief |
| April 11, 2025 | Defendants DirecTV and AT&T Services | Any Reply |

Should the parties have any issues or disputes, the Court directs them to follow the procedures outlined in Section 6 of its Civil Standing Order (available [here](here)).

**B. Claims against Defendant Gray Local Media**

The Court addressed Plaintiff's motion for an extension of time (ECF No. 40) to file an opposition brief to Defendant Gray Local Media's motion for summary judgment. Plaintiff clarified that the request is for additional time for both briefing and to conduct additional discovery under Rule 56(d). Regarding the latter, counsel explained the additional discovery he needs to respond. During these discussions, counsel identified a key witness of Gray Local Media whose deposition is scheduled for December 16, 2024. Based on these discussions, the Court grants Plaintiff's motion for an extension of time under Rule 6(b). The Court sets January 17, 2024 as the deadline for Plaintiff to respond to the pending motion for summary judgment.

**SO ORDERED.**

Dated: December 4, 2024

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio

3